AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

United States of America
v.

MICHAEL ANTHONY PEREZ

_____
*Defendant(s)*

)
)
)
)
)
)
)

Case No.  SA-26-MJ-590

**FILED**

April 29, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ ac _____
DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  February 1, 2026  in the county of  BEXAR  in the
WESTERN  District of  TEXAS  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2252A(a)(2) | Distribution of Child Pornography |
| | PENALTIES:  Minimum mandatory 5 years imprisonment; Maximum 20 years imprisonment; $250,000 fine; Maximum life on supervised release; $100 mandatory special assessment; $5,000 assessment pursuant to JVTA; Assessment of up to $35,000 pursuant to Victim Restitution Act of 2018; Forfeiture; Restitution; and  Sex Offender Registration. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☒ Continued on the attached sheet.

MACKENZIE FERGUSON

Digitally signed by MACKENZIE FERGUSON
Date: 2026.04.29 16:24:05 -05'00'

*Complainant's signature*

MACKENZIE FERGUSON, FBI SA

*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date:  April 29, 2026

*Judge's signature*

City and state:  San Antonio, Texas

HENRY J. BEMPORAD, US MAGISTRATE JUDGE

*Printed name and title*

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**<u>AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT</u>**

I, Mackenzie D. Ferguson, being duly sworn, depose and state that:

1. I am a Special Agent with the Federal Bureau of Investigation and have been employed by the FBI since June 2010. I served as an FBI Intelligence Analyst from June 2010 through June 2021, first assigned to support investigations into child exploitation matters in 2015. I am currently assigned to the Crimes Against Children Task Force in the FBI San Antonio Field Division. I have received particularized training in the investigation of computer-related crimes, child abductions, online enticement, online threatening communications, peer-to-peer computer networking, and online (i.e. Internet based) crimes against children. I have conducted and been involved in numerous investigations of individuals suspected of utilizing Internet devices to further criminal activity and have participated in the execution of numerous search warrants which have resulted in the seizure of digital evidence. I have had the occasion to become directly involved in investigations relating to missing or kidnapped children and am familiar with the investigative techniques commonly used to collect evidence in such cases.

2. This affidavit is being submitted in support of an Application for a Criminal Complaint for Michael Anthony PEREZ ("PEREZ").

3. In December 2025, an FBI online covert employee (OCE) working in an undercover capacity on a social media application, herein referred to as APPLICATION 1, was sent an unsolicited message that said, "What kind of naughty pervy fun [purple devil face emoji]?" by an individual using a display name of "drain me." Based on your affiant's training and

1

experience, this message was believed to be a response to the OCE's publicly available profile information on APPLICATION 1.

4. On January 9, 2026, the OCE responded to the message and engaged in the following conversation with the individual:

   OCE: what are you into?

   drain me: no limits [purple devil face emoji] besides blood and scat

   OCE: Mmmm age pref?

   drain me: Young

   OCE: [red faced tongue out emoji]

   OCE: You got [APPLICATION 2]?

   drain me: yeah

5. On January 29, 2026, the OCE sent the individual a message stating, "Hey man. You have [APPLICATION 2]?" The individual then provided the OCE with a username of "@manthony08" for APPLICATION 2.

6. On January 30, 2026, the OCE located username "@manthony08" on APPLICATION 2 and observed a display name of "Mill" and a profile picture featuring the torso of a white or Hispanic male. Between January 30, 2026, and February 1, 2026, the OCE and "@manthony08" engaged in the following conversation:

   OCE: Hey man I'm from [APPLICATION 1]

   @manthony08: Hey

   OCE: What's up

   @manthony08: Not much. About to leave work wyd

   OCE: Just woke up, you? Horny?

2

@manthony08: Im also horny

7. "@Manthony08" then then transmitted one video file to the OCE, titled "telegram-cloud-document-1-5185966112755418791," approximately 00:00:07 in length. The video featured a nude prepubescent male, approximately 11 to 13 years old, kneeling on a wood floor. A nude male could be seen standing over the prepubescent male repeatedly inserting his erect penis into the anus of the prepubescent male.

8. Further investigation led to the phone number and address of the individual using the online accounts to communicate with the OCE and distribute child pornography.

9. A federal search warrant was obtained and on April 29, 2026, FBI San Antonio executed the search warrant for PEREZ's person, residence, vehicle, and devices related to child sexual exploitation activities. PEREZ's cellular telephone was reviewed during the execution of the search warrant and APPLICATION 2 was present on the cellular telephone at the time of review and logged into the account bearing username "@manthony08."

10. During a Mirandized interview, PEREZ acknowledged that he was the owner of the account on APPLICATION 1 with a display name of "drain me." PEREZ acknowledged that he was the owner of the account on APPLICATION 2 with a username of "@manthony08." PEREZ also admitted to distributing the above-described video on APPLICATION 2. PEREZ stated he found the video on Twitter, where PEREZ often searched for child pornography. PEREZ estimated the male child being sexually assaulted in the video was approximately 11 to 13 years old.

11. PEREZ further admitted that he struggles with an addiction to child pornography. PEREZ primarily views child pornography featuring the sexual assault of males between the ages of 8 to 14 years old. PEREZ found child pornography on Twitter by searching for the

3

keywords "young guy," "young dude," or by using the cheese pizza and the football emojis. PEREZ rarely saves the child pornography files he finds. PEREZ stated that if he did save any files he found, PEREZ downloaded them only to masturbate to them. PEREZ deletes the files from his cellular telephone after using them for sexual gratification.

12. Based on the aforementioned facts, your Affiant respectfully submits that there is probable cause to believe that on or about February 1, 2026, within the Western District of Texas, MICHAEL ANTHONY PEREZ did knowingly distribute child pornography, using a means and facility of interstate and foreign commerce, in violation of 18 USC §§ 2252A(a)(2).

FURTHER AFFIANT SAYETH NOT,

MACKENZIE FERGUSON
Digitally signed by MACKENZIE FERGUSON
Date: 2026.04.29 16:26:04 -05'00'

Mackenzie D. Ferguson
Special Agent
Federal Bureau of Investigation

Sworn to telephonically and signed electronically on April ____29____, 2026.

_____
HONORABLE HENRY BEMPORAD
UNITED STATES MAGISTRATE JUDGE

4